Jeffrey D. Skinner (SBN 239214)
jskinner@schiffhardin.com
SCHIFF HARDIN LLP
901 K Street NW, Suite 700
Washington, DC  20001
Telephone:      (202) 778-6400
Facsimile:      (202) 778-6460

*Attorney for Defendant The Grange of the State of California's Order of Patrons of Husbandry, Chartered*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE GRANGE, a California non-profit mutual benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE GRANGE OF THE STATE OF CALIFORNIA'S ORDER OF PATRONS OF HUSBANDRY, CHARTERED, a California corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:15-CV-00317-WBS-DAD<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO APPEAR BY TELEPHONE FOR INITIAL SCHEDULING CONFERENCE** |

Upon review of Defendant's Motion to Appear by Telephone for Initial Scheduling Conference, for good cause shown:

IT IS HEREBY ORDERED that Defendant's counsel may appear by telephone for the Initial Scheduling Conference.

IT IS FURTHER ORDERED that Defendant's counsel shall be reachable at (202) 778-6427 on the day of the telephonic appearance.  The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

SO ORDERED.
Dated:  May 21, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO APPEAR BY TELEPHONE FOR INITIAL SCHEDULING CONFERENCE