Jeffrey D. Skinner (SBN 239214)
jskinner@schiffhardin.com
SCHIFF HARDIN LLP
901 K Street NW, Suite 700
Washington, DC  20001
Telephone:     (202) 778-6400
Facsimile:      (202) 778-6460

*Attorney for Defendant The Grange of the State of California's Order of Patrons of Husbandry, Chartered*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE GRANGE, a California non-profit mutual benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE GRANGE OF THE STATE OF CALIFORNIA'S ORDER OF PATRONS OF HUSBANDRY, CHARTERED, a California corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:15-CV-00317-WBS-DAD<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO APPEAR BY TELEPHONE FOR HEARING ON MOTION TO CONSOLIDATE**<br><br>Date:      June 29, 2015<br>Time:     2:00 p.m.<br>Place:    Courtroom 5<br>Judge:   Hon. William B. Shubb |

Upon review of Defendant's Motion to Appear by Telephone for Hearing on Motion to Consolidate, for good cause shown:

IT IS HEREBY ORDERED that Defendant's counsel may appear by telephone for the hearing on Plaintiff's Motion to Consolidate These Two Related Cases.

IT IS FURTHER ORDERED that Defendant's counsel shall be reachable at (202) 778-6427 on the day of the telephonic appearance.  The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

SO ORDERED.

Dated:  June 17, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE